# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CTY FARMS, LLC.,** a Florida limited liability company,
Appellant,

v.

**ST. LUCIE RIVER FARM, LLC,** a Delaware limited liability company,
and **INTERNATIONAL FARMING CORPORATION, LLC,** a Delaware
limited liability company,
Appellees.

No. 4D2024-2016

[February 12, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Robert R. Makemson, Judge; L.T. Case No. 432019CA000361CAAXMX.

Alan B. Rose, Scott Konopka and Gregory S. Weiss of Taft Stettinius & Hollister LLP, Stuart, for appellant.

Michael R. Huston, Diane M. Johnsen, Karl J. Worsham and Victoria L. Romine of Perkins Coie LLP, Phoenix, AZ, and Raoul G. Cantero and W. Dylan Fay of White & Case LLP, Miami, and James C. Adams, II and Lindsey S. Barber of Brooks, Pierce, McLendon, Humphrey & Leonard, LLP, Greensboro, NC, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***